IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY EUGENE BARKER,                                                                      PETITIONER

v.                                      5:11-cv-00093-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 16th day of September, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1